## STATE OF CONNECTICUT *v.* RICHARD STEVENSON
## (AC 15396)

O'Connell, Schaller and Hennessy, Js.

Argued April 25—officially released May 20, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* LUIS BANKS
## (AC 15066)

Landau, Heiman and Daly, Js.

Argued April 25—officially released May 20, 1997

Per Curiam. The judgment is affirmed.

## BEVERLY SMITH HAYES *v.* RICHARD PATRICK HAYES
## (AC 16317)

Dupont, C. J., and Landau and Daly, Js.

Argued April 25—officially released May 20, 1997

Per Curiam. The judgment is affirmed.